UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURO SALGADO,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JAMES YATES, WARDEN,<br><br>　　　　Respondent. | NO. SACV 08-1358-SGL(CT)<br><br>ORDER ACCEPTING<br>MAGISTRATE JUDGE'S<br>REPORT AND RECOMMENDATION ON<br>PETITION FOR WRIT OF HABEAS<br>CORPUS BY A PERSON IN STATE<br>CUSTODY |

Pursuant to 28 U.S.C. § 636, the court has reviewed the entire file de novo, including the petition, respondent's answer, the magistrate judge's report and recommendation and petitioner's objections with attached exhibits.

ACCORDINGLY, IT IS ORDERED:

1. The report and recommendation is accepted.

2. Judgment shall be entered consistent with this order.

3. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: 4-6-09.

_____
STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE