UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAURO SALGADO, | ) | NO. SACV 08-1358-SGL(CT) |
| Petitioner, | ) ) | JUDGMENT |
| v. | ) ) | |
| JAMES YATES, WARDEN, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition is denied and dismissed with prejudice.

DATED: _4-6-09_

_[signature]_

STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE